UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JASON R. GARDNER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 4:03CV0085 RWS |
| | ) |
| LARRY ROWLEY, | ) |
| | ) |
| Respondent. | ) |

## **JUDGMENT**

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Gardner's petition for habeas corpus under 28 U.S.C. § 2254 is **DENIED.**

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the Court will not issue a certificate of appealability.

Dated this <u>30th</u> Day of March, 2006.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE